

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2013

No. 04-13-00437-CV

**IN RE SOUTHLAND LLOYDS INSURANCE COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:         Catherine Stone, Chief Justice
                 Patricia O. Alvarez, Justice
                 Luz Elena D. Chapa, Justice

On July 11, 2013, relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition in this court no later than August 13, 2013.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on July 30, 2013.          PER CURIAM

ATTESTED TO: _____
                  Keith E. Hottle
                  Clerk of Court

---

[1] This proceeding arises out of Cause No. 10-12-12408-ZCV, styled *Estefana Loera v. Southland Lloyds Insurance Company*, pending in the 293rd Judicial District Court, Zavala County, Texas, the Honorable Cynthia L. Muniz presiding.